UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :
                              :     CRIMINAL 2:13CR402
           v.                 :
                              :         ORDER
AR RAHMAN ROBINSON            :
                              :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 8th day of July 2013,

O R D E R E D that RICHARD COUGHLIN, Federal Public Defender for the District of New Jersey by Donald McCauley, Esq. is hereby appointed to represent said defendant in this cause until further order of the Court.

Further Ordered that if defendant does in fact have assets which are discovered after trial, defendant will be required to reimburse the government for the cost of counsel.

                                   _____
                                   DENNIS M. CAVANAUGH
                                   United States District Judge

cc: Defendant
    Federal Public Defender
    United States Attorney