# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Hon. Dennis M. Cavanaugh |
| v. : | |
| : | Crim. No. 13-402 (DMC) |
| AR RAHMAN ROBINSON : | |
| : | DETENTION ORDER |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Thomas S. Kearney, Special Assistant United States Attorneys, appearing), in the presence of Ar Rahman Robinson (Donald J. McCauley, Esq., appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain defendant Ar Rahman Robinson without bail pending trial in the above-entitled matter or until such time as defendant Ar Rahman Robinson presents a sufficient bail package to assure his appearance as required, and the Honorable Dennis M. Cavanaugh having addressed bail at the defendant's initial appearance and arraignment on July 8, 2013, the Court makes the following findings:

1. On June 12, 2013, a one count indictment was filed against defendant Ar Rahman Robinson which charged him with: one count of possessing a firearm in and affecting interstate commerce after having been convicted of a crime punishable by a term of imprisonment exceeding one year (contrary to Title 18, United States Code, Section 922(g)(1). The maximum term of imprisonment on the indictment is 10 years.

2. Defendant Ar Rahman Robinson has consented to detention pending trial in this matter or until such time as he is able to put together a proposed bail package for consideration by the Court.

3. Having considered the factors set forth in Title 18, United States Code, Section 3142(g), including the substantial penalties faced by defendant, the Court finds that no condition or combination of conditions will reasonably assure the appearance of defendant Ar Rahman Robinson as required.

IT IS, therefore, on this ___8___ day of July, 2013

ORDERED that the motion of the United States for an order detaining defendant Ar Rahman Robinson without bail pending trial is hereby granted without prejudice to defendant Ar Rahman Robinson's ability to file a motion for reconsideration, and defendant Ar Rahman Robinson is hereby ordered detained pending trial in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Ar Rahman Robinson be committed to the custody of the Attorney General or his authorized representative pending trial; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Ar Rahman Robinson be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Ar Rahman Robinson be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Ar Rahman Robinson shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HON. DENNIS M. CAVANAUGH
United States District Judge